## ANDREWS v. PALMER.

[No. 13,445.   Filed October 29, 1929.]

*Horace A. Foncannon* and *Lindley & Bedwell,* for appellant.
*Curtis G. Shake, Joseph W. Kimmell* and *Martin L. Pigg,* for appellee.

PER CURIAM.—Affirmed.

## RIGGEN v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK.

[No. 13,439.   Filed October 30, 1929.]

*Herbert R. Criss* and *Henry W. Moore,* for appellant.
*Frederick L. Allen, Clarence A. Royse* and *Gavin & Gavin,* for appellee.

PER CURIAM.—Affirmed.

## SPOONER v. RUDDICK.

[No. 13,564.   Filed October 30, 1929.]

*James W. Fesler, Harvey J. Elam, Howard S. Young* and *Irving M. Fauvre,* for appellant.
*Bingham, Mendenhall & Bingham,* for appellee.

PER CURIAM.—Affirmed.